# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 15, 2019

Before:　　　WILLIAM J. BAUER, Circuit Judge
　　　　　　DANIEL A. MANION, Circuit Judge
　　　　　　MICHAEL B. BRENNAN, Circuit Judge

| Nos. 18-1277 & 18-1280 | ANNIE L. GAYLOR, et al., Plaintiffs - Appellees<br>v.<br>STEVEN T. MNUCHIN, et al., Defendants- Appellants<br>and<br>EDWARD PEECHER, et al., Intervening Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:16-cv-00215-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb | |

The judgment of the District Court is **REVERSED**, with costs, in accordance with the decision of this court entered on this date.

　form name: **c7_FinalJudgment**(form ID: **132**)